■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS J. WEBBER, Appellant. — Judgment unanimously affirmed. Memorandum: Overwhelming evidence supports defendant's conviction for murder, second degree (felony murder — Penal Law, § 125.25, subd 3). The asserted errors in the court's charge were not preserved for appellate review (see *People v Thomas,* 50 NY2d 467, 473). (Appeal from judgment of Supreme Court, Erie County, Wolff, J. — murder, second degree.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Schnepp, JJ.

■ ERIE COUNTY REAL ESTATE, INC., Appellant, v CITY OF BUFFALO, Respondent. — Order and judgment unanimously affirmed, without costs, for the reasons stated at Trial Term, Kuszynski, J. (Appeal from order and judgment of Supreme Court, Erie County, Kuszynski, J. — breach of contract.) Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Schnepp, JJ.